IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Ba**, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. |
| | : 2:13-cv-00072-PD |
| **HSBC USA, Inc.**, *et al.*, | : |
| | : |
| Defendants. | : |

**DEFENDANTS REPUBLIC MORTGAGE INSURANCE COMPANY,
MORTGAGE GUARANTY INSURANCE COMPANY, AND
GENWORTH MORTGAGE INSURANCE CORP.'S
MOTION TO DISMISS
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6).**

Defendants Republic Mortgage Insurance Company, Mortgage Guaranty Insurance Company, and Genworth Mortgage Insurance Corp. (collectively, the "Moving Defendants") hereby move to dismiss all claims asserted against them pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, the Moving Defendants submit the accompanying memorandum of law, which is incorporated by reference herein.

Respectfully submitted,

Dated: February 26, 2013   **KAUFMAN, COREN & RESS, P.C.**
By: */s/ Steven M. Coren*
Steven M. Coren
Bruce Bodner
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, Pennsylvania 19103

1

Telephone: 215-735-8700
Facsimile: 215-735-5170
Email: scoren@kcr-law.com

**BOURLAND & KIRKMAN, L.L.P.**
William L. Kirkman
Bourland & Kirkman, LLP
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone: 817-336-2800, ext. 122
Facsimile: 817-877-1863
Email: billk@bourlandkirkman.com
*Attorneys for Defendant*
*Republic Mortgage Insurance Co.*

Dated: February 26, 2013         **ROBB LEONARD MULVIHILL**
By: */s/ Erin J. Dolfi*
Erin J. Dolfi
Mark A. Martini
500 Grant Street, 23rd Floor
Pittsburgh, PA 15219
Telephone: 412-281-5431
Facsimile: 412-281-3711
Email: edolfi@rlmlawfirm.com

**FOLEY & LARDNER LLP**
Jay N. Varon
3000 K Street, N.W.
Washington, DC 20007
Telephone: 202-672-5380
Facsimile: 202-672-5399
Email: JVaron@foley.com
Max B. Chester
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414-297-5573
Facsimile: 414-297-4900
Email: mchester@foley.com
*Counsel for Defendant Mortgage Guaranty*
*Insurance Corporation*

Dated: February 26, 2013

**CONRAD O'BRIEN, PC**
By: */s/ Nicholas M. Centrella*
Nicholas M. Centrella
Aya M. Salem
Center Square, West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102
Telephone: 215-864-8098
Facsimile: 215-864-0798

**SNR DENTON US LLP**
Reid L. Ashinoff
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-768-6700
Facsimile: 212-768-6800
Email: reid.ashinoff@snrdenton.com

Benito Delfin, Jr.
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: 213-892-2883
Facsimile: 213-623-9924
Email: ben.delfin@snrdenton.com
*Counsel for Defendant Genworth Mortgage Insurance Corp.*